<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 99-6756**

───────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JEROME WALKER,

Defendant - Appellant.

───────────

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Rebecca B. Smith, District Judge. (CR-94-133, CA-97-758)

───────────

Submitted: September 9, 1999      Decided: September 15, 1999

───────────

Before ERVIN, WILKINS, and HAMILTON, Circuit Judges.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Jerome Walker, Appellant Pro Se. Kevin Michael Comstock, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jerome Walker seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Walker, Nos. CR-94-133; CA-97-758 (E.D. Va. Apr. 27, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2